## Bensing et al. *v.* Moore Trucking, Inc. et al., Appellants.

Argued April 23, 1971.  Before BELL, C. J., JONES, EAGEN, O'BRIEN, POMEROY and BARBIERI, JJ.

*Thomas C. Kubelius,* with him *Robert Ungerleider* and *Mary Anne Dell'uva,* for appellants.

*Jackson M. Sigmon,* with him *Sigmon, Briody, Littner & Ross,* for appellees.

OPINION PER CURIAM, October 12, 1971:

The decree of the court of common pleas is affirmed. See *Altman v. Ryan,* 435 Pa. 401, 257 A. 2d 583 (1969); *Bedminster Township v. Vargo Dragway, Inc.,* 434 Pa. 100, 253 A. 2d 659 (1969); *Firth v. Scherzberg,* 366 Pa. 443, 77 A. 2d 443 (1951); Restatement of Torts, §822. Costs on appellant.

Mr. Justice ROBERTS took no part in the consideration or decision of this case.